# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# SOUTHERN DIVISION

| | |
|---|---|
| ROBIN LYNETTE BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1:16-cv-00315 |
| | ) JURY DEMAND |
| SAM'S EAST, INC. and | ) |
| MORGAN'S STRIPING SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants, Sam's East, Inc. and Morgan's Striping Services, Inc., and Plaintiff, Robin Lynette Bell pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter be dismissed, with prejudice, and that no party shall recover costs or attorney's fees from any other party.

Dated this 19th day of March, 2018

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY:/s/ Craig R. Allen
CRAIG R. ALLEN, BPR No. 009088
*Attorneys for Defendant, Morgan Striping Services, Inc.*
200 W. M.L. King Blvd.
Tallan Building, Suite 500
Chattanooga, Tennessee 37402
craig.allen@leitnerfirm.com
(423) 265-0214 --telephone

*Signatures on following page*

HOWELL & FISHER, PLLC

BY: /s/ G. Andrew Rowlett /by permission
    G. ANDREW ROWLETT, No.16277
    *Attorneys for Defendant, Sam's East, Inc.*
    Court Square Building
    300 James Robertson Parkway
    Nashville, TN 37201-1107
    arowlett@howell-fisher.com
    (615) 244-3370

*And*

MASSEY & ASSOCIATES, PC

BY: /s/ Joshua R. Ward /by permission
    JOSHUA R. WARD, No. 31329
    *Attorneys for Plaintiff, Robin Lynette Bell*
    6400 Lee Highway, Suite 101
    Chattanooga, TN 37421
    josh@masseyattorneys.com
    (423) 697-4529

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    This the 19th day of March, 2018.

                                LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

                                BY: /s/ Craig R. Allen
                                    CRAIG R. ALLEN, BPR No. 009088